UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LAURA ASHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-386-TRM-DCP |
| | ) | |
| JASON TYLER HUGHETT, in his individual | ) | |
| and official capacity and CITY OF | ) | |
| KNOXVILLE, TENNESSEE, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Withdraw as Counsel [Doc. 31], filed on March 18, 2019. The Motion requests that Attorneys Jenny Rogers, Keith Lowe, Marcos Garza, and Timothy Baldridge be permitted to withdraw as counsel of record for Plaintiff. The Motion explains that there is a lack of communication between Plaintiff and her counsel. Further, the Motion states that Plaintiff's counsel served her with a copy of the Motion on February 25, 2019. Finally, the Motion includes Plaintiff's address and telephone number.

Pursuant to Local Rule 83.4, in order to withdraw from a case, an attorney must do the following:

> (1) File a motion with the Court requesting permission to withdraw as counsel of record;
>
> (2) Include in the motion the current mailing address and telephone number of the client;
>
> (3) Unless the motion is signed by both the attorney and the client or a consent to the withdrawal signed by the client is

attached to the motion, provide a copy of the motion to the client at least 14 days prior to the date the motion is filed;

(4) If a hearing date on the motion is set, certify in writing to the Court that the client was served at least 7 days before the hearing with notice (i) of the date, time, and place of hearing and (ii) that the client as a right to appear and be heard on the motion; and

(5) Certify to the Court that the above requirements have been met.

The Court finds that the Motion to Withdraw [**Doc. 31**] complies with the Local Rules, and therefore, it is **GRANTED**. The Court expects the withdrawing attorneys to provide copies of any relevant documents to any future counsel for Plaintiff or directly to Plaintiff upon request. Attorneys Jenny Rogers, Keith Lowe, Marcos Garza, and Timothy Baldridge are **RELIEVED** of their duties as counsel in this case.

Plaintiff is hereby **ADMONISHED** that she is **DEEMED** to be proceeding pro se. Until she obtains substitute counsel, it is her obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if she elects to proceed in this case without an attorney, she is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties, *see* E.D. Tenn. L.R. 7.1. Plaintiff, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Plaintiff at the address provided in the Motion to Withdraw and to update ECF accordingly.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate